UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARIETTA DOBBINS, | ) | CASE NO. 1: 14 CV 253 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| JACOB J. LEW, Secretary of the | ) | |
| Treasury, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate

Judge William H. Baughman, Jr. (ECF #15) *Pro Se* Plaintiff Dobbins, a bankruptcy specialist

for the Internal Revenue Service's ("IRS") Small Business/Self-Employed Division, filed this

employment discrimination action against Mr. Lew, Secretary of the Treasury. The government

filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) asserting that the action should be

dismissed for Plaintiff's failure to exhaust her administrative remedies. After a thorough review

of the law and facts of this particular action, Magistrate Judge Baughman determined that

Plaintiff in fact did not exhaust her administrative remedies in that she failed to timely file her

appeal with the EEOC. As such Magistrate Baughman recommends that Defendant's motion to

dismiss be granted.  A copy of Magistrate Baughman's Report and Recommendation was sent to

the Plaintiff.  The Plaintiff has not filed any objection to the Report and Recommendation.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen*

*Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the

Report and Recommendation in its entirety.  Defendant's Motion to Dismiss (ECF #11) is

granted.

      IT IS SO ORDERED.

                                                    DONALD C. NUGENT

                                                   United States District Judge

      DATED: December 10, 2014